IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


JENNIFER A. JACKSON                                                                PLAINTIFF

vs.                                    Civil No. 6:07-cv-06042

MICHAEL J. ASTRUE                                                                DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 24th day of October, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and **GRANTS** the Commissioner's Motion to Remand (Doc. No. 9). The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED this 24th day of October 2007.**

/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge